*07cv235 MV/WDS*
*Receipt # 10185517*

```
Mon Mar 12 15:36:56 2007

    UNITED STATES DISTRICT COURT

    ALBUQUERQUE    , NM

Receipt No.    101 85517
Cashier        natalie

Check Number:

DO Code    Div No
 4651       1

Sub Acct  Type  Tender    Amount
1:086400   N      2       100.00
2:086900   N      2        60.00
3:510000   N      2       190.00

Total Amount       $      350.00

YENSON/07CV235/MV/WDS/FILING FEE

CK#14643/NAM
```