A CERTIFIED TRUE COPY
MAY 11 2007
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
MAY 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07-cv-1927 SI

FILED
APR 25 2007
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
CLERK'S OFFICE

FILED
SEP 18 2007
MATTHEW J. DYKMAN
CLERK

07cv235 MV/WDS

DOCKET NO. 1827

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On April 17, 2007, the Panel transferred seven civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Susan Yvonne Illston.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Illston.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 17, 2007, and, with the consent of that court, assigned to the Honorable Susan Yvonne Illston.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 11 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____ Deputy Clerk
Date 9-14-07

# SCHEDULE OF ACTIONS (CTO-1)
# DOCKET NO. 1827
# IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 07-43 | Robert S. Harmon v. LG Philips LCD Co., Ltd., et al. |
| **ARIZONA** | |
| AZ 2 07-549 | Timothy J. Lauricella v. AU Optronics Corp., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 07-1283 | Wendy Williams v. Sharp Corp., et al. |
| CAC 2 07-1500 | George Mays v. LG Philips LCD Co., Ltd., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 07-312 | Susan Selfridge, et al. v. LG Philips LCD Co., Ltd., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 07-276 | Timothy R. Gregory, et al. v. LG Philips LCD Co., Ltd., et al. |
| DC 1 07-424 | Gail Feser v. AU Optronics Corp., et al. |
| DC 1 07-438 | Rebecca Bly v. LG Philips LCD Co., Ltd., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 0 07-60289 | Scott Eisler v. AU Optronics Corp., et al. |
| FLS 0 07-60323 | Mauricio DeFrancisco v. AU Optronics Corp., et al. |
| FLS 9 07-80171 | Robin Feins, et al. v. LG Philips LCD Co., Ltd., et al. |
| **HAWAII** | |
| HI 1 07-122 | Sealed v. Sealed |
| **IOWA SOUTHERN** | |
| IAS 4 07-96 | Benjamin G. Northway v. AU Optronics Corp., et al. |
| **IDAHO** | |
| ID 1 07-115 | Miles H. Humphrey v. AU Optronics Corp., et al. |
| **KANSAS** | |
| KS 2 07-2088 | Peter Coyle v. AU Optronics Corp., et al. |
| KS 2 07-2107 | Kou Srimounghchanh v. LG Philips LCD Co., Ltd., et al. |
| KS 5 07-4033 | James T. Watson v. AU Optronics Corp., et al. |
| KS 5 07-4034 | R. Rex Getz v. LG Philips LCD Co., Ltd., et al. |
| **MASSACHUSETTS** | |
| MA 1 07-10457 | Christopher Murphy v. LG Philips LCD Co., Ltd., et al. |
| **MAINE** | |
| ME 1 07-33 | Patricia Ronco v. AU Optronics Corp., et al. |
| **MICHIGAN EASTERN** | |
| MIE 2 07-10613 | Judith Griffith v. AU Optronics Corp., et al. |
| MIE 2 07-10971 | Colette M. Dahm v. LG Philips LCD Co., Ltd., et al. |
| MIE 2 07-11529 | Ling-Hung Jou v. AU Optronics Corp., et al. |

SCHEDULE OF ACTIONS (CTO-1) - MDL NO. 1827                                    PAGE 2 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MINNESOTA** | |
| MN 0 07-480 | Jeffrey Larson v. LG Philips LCD Co., Ltd., et al. |
| MN 0 07-1154 | Al Gober v. LG Philips LCD Co., Ltd., et al. |
| MN 0 07-1155 | Kari J. Nehring v. LG Philips LCD Co., Ltd., et al. |
| MN 0 07-1393 | Christopher C. Rywelski v. AU Optronics Corp., et al. |
| MN 0 07-1425 | Martha Mulvey v. AU Optronics Corp., et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 3 07-28 | Tammy Long v. AU Optronics Corp., et al. |
| **MONTANA** | |
| MT 1 07-32 | John Pulasky v. AU Optronics Corp., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-167 | Lynne M. Holtkamp v. AU Optronics Corp., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 3 07-43 | Donna Jeanne Flanagan v. AU Optronics Corp., et al. |
| **NORTH DAKOTA** | |
| ND 3 07-22 | Robert George v. LG Philips LCD Co., Ltd., et al. |
| **NEW JERSEY** | |
| NJ 2 07-287 | Ajax Philadelphia, Inc. v. Sharp Corp., et al. |
| NJ 2 07-963 | Custom Audio Video v. Sharp Electronics Corp., et al. |
| **NEW MEXICO** | |
| NM 1 07-218 | Marcia Weingarten, et al. v. AU Optronics Corp., et al. |
| NM 2 07-220 | Rosemary Valdez v. AU Optronics Corp., et al. |
| NM 6 07-235 | Walden Minoli, et al. v. LG Philips LCD Co., Ltd., et al. |
| **NEVADA** | |
| NV 2 07-220 | Timothy J. Purdy v. LG Philips Co., Ltd., et al. |
| NV 2 07-296 | Richard Granich v. LG Philips LCD Co., Ltd., et al. |
| NV 2 07-306 | Allen Kelley v. AU Optronics Corp., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-15212 | Robert Schuyler Watson v. LG Philips LCD Co., Ltd., et al. |
| NYS 1 06-15342 | Tom DiMatteo v. LG Philips LCD Co., Ltd., et al. |
| NYS 1 06-15391 | Steven Nakash v. LG Philips LCD Co., Ltd., et al. |
| NYS 1 06-15417 | CMP Consulting Services, Inc. v. LG Philips LCD Co., Ltd., et al. |
| NYS 1 07-198 | Jose Juan v. AU Optronics Corp., et al. |
| NYS 1 07-351 | Ryan J. Bierling v. LG Philips LCD Co., Ltd., et al. |
| NYS 1 07-653 | Diplomat Merchandise Corp. v. LG Philips LCD Co., Ltd., et al. |
| **PENNSYLVANIA MIDDLE** | |
| PAM 4 07-440 | Jeffrey L. Walters v. AU Optronics Corp., et al. |
| **PUERTO RICO** | |
| PR 3 07-1198 | Oscar Cintron v. AU Optronics Corp., et al. |
| PR 3 07-1199 | IMCA, Inc. v. AU Optronics Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 2 07-780 | Caman Pellitteri, et al. v. LG Philips LCD Co., Ltd., et al. |
| SC 2 07-781 | Lynn Sweatman v. LG Philips LCD Co., Ltd., et al. |
| SC 3 07-533 | Lee R. Chamberlain v. LG Philips LCD Co., Ltd., et al. |

SCHEDULE OF ACTIONS (CTO-1) - MDL NO. 1827                                        PAGE 3 OF 3

**DIST. DIV. C.A. #**         **CASE CAPTION**

SOUTH DAKOTA
SD  4  07-4033              Chad Hansen v. LG Philips LCD Co., Ltd., et al.
SD  5  07-5013              Cristopher Bessette v. AU Optronics Corp., et al.

TENNESSEE EASTERN
TNE  2  07-65               Tabbatha Benson, et al. v. LG Philips LCD Co., Ltd, et al.

TENNESSEE MIDDLE
TNM  3  07-282              Kathleen C. Davis v. LG Philips LCD Co., Ltd., et al.

TENNESSEE WESTERN
TNW  2  07-2165             Scott Beall v. AU Optronics Corp., et al.

VIRGINIA EASTERN
VAE  3  07-108              Shawn Stern v. AU Optronics Corp., et al.

VERMONT
VT   2  07-39               Allen Nassiff v. LG Philips LCD Co., Ltd., et al.

WASHINGTON WESTERN
WAW  2  07-39               Home Technologies Bellevue LLC v. LG Philips LCD Co., Ltd., et al.

WISCONSIN EASTERN
WIE  2  07-151              Toomas P. Mitt v. LG Philips LCD Co., Ltd., et al.

WISCONSIN WESTERN
WIW  3  07-56               Jai Paguirigan, et al. v. AU Optronics Corp., et al.
WIW  3  07-80               Joseph Kovacevich v. LG Philips LCD Co., Ltd., et al.

WEST VIRGINIA NORTHERN
WVN  3  07-26               Tara Perry v. AU Optronics Corp., et al.
WVN  5  07-15               John Martich v. AU Optronics Corp., et al.