CLOSED, TRANSF

# U.S. District Court
## District of New Mexico - Version 3.0 (Santa Fe)
### CIVIL DOCKET FOR CASE #: 6:07-cv-00235-MV-WDS

Minoli et al v. LG Philips LCD Co., Ltd. et al
Assigned to: Chief Judge Martha Vazquez
Referred to: Magistrate Judge W. Daniel Schneider
Cause: 28:1331 Fed. Question: Anti-trust

Date Filed: 03/09/2007
Date Terminated: 09/20/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Walden Minoli**     represented by   **James J Rosemergy**
Carey & Danis, LLC
8235 Forsyth Blvd
St Louis, MO 63105
314-725-7700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Flannery**
The David Danis Law Firm, PC
8235 Forsyth Blvd
#1100
St Louis, MO 63105
(314) 725-7700
Fax: 721-0905
Email: mflannery@careydanis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Jahner**
Yenson, Lynn, Allen & Wosick, P.C.
4908 Alameda Blvd. NE
Albuquerque, NM 87113-1736
505-266-3995
Fax: 505-268-6694
Email: mjahner@ylawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick D Allen**
4908 Alameda, NE
Albuquerquer, NM 87113-1736
505 266 3995
Fax: 505 268 6694
Email: pallen@ylawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John David Kittleson**
*Individually and on behalf of all others similarly situated*

represented by **James J Rosemergy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Flannery**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Jahner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick D Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Co., Ltd.**

**Defendant**

**LG Philips LCD America, Inc.**

**Defendant**

**Samsung Electronics Company Ltd.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba Matsushita Display Technology Co., Ltd.**

**Defendant**

**Hitachi Ltd.**

**Defendant**

Hitachi Displays, Ltd.

**Defendant**

Hitachi America, Ltd.

**Defendant**

Hitachi Electronic Devices (USA)

**Defendant**

Sanyo Epson Imagining Devices Co.

**Defendant**

NEC Corporation

**Defendant**

NEC Electronics America, Inc.

**Defendant**

IDT International Ltd.

**Defendant**

International Display Technology Co., Ltd.

**Defendant**

International Display Technology USA, Inc.

**Defendant**

AU Optronics

**Defendant**

AU Optronics Corporation America

**Defendant**

Chi Mei Optoelectronics Corporation

**Defendant**

Chi Mei Optoelectronics USA, Inc.

**Defendant**

Chunghwa Picture Tubes Ltd.

**Defendant**

Hannstar Display Corporation

**Defendant**

John Does

*1 thru 100*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2007 | 1 | COMPLAINT *for Damages (Class Action)* against Toshiba Matsushita Display Technology Co., Ltd., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., LG Philips LCD Co., Ltd., LG Philips LCD America, Inc., Samsung Electronics Company Ltd., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation (Filing fee $ 350.), filed by Walden Minoli, John David Kittleson.(Allen, Patrick) (Entered: 03/09/2007) |
| 03/09/2007 | | Judge Martha Vazquez and W. Daniel Schneider assigned. (cl) (Entered: 03/09/2007) |
| 03/12/2007 | 2 | Filing fee: $ 350.00, receipt number 85517 (cl) (Entered: 03/13/2007) |
| 04/20/2007 | | Summons Issued as to Toshiba Matsushita Display Technology Co., Ltd., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Sanyo Epson Imagining Devices Co., NEC Corporation, NEC Electronics America, Inc., IDT International Ltd., International Display Technology Co., Ltd., International Display Technology USA, Inc., AU Optronics, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., Chunghwa Picture Tubes Ltd., Hannstar Display Corporation, John Does, John David Kittleson, LG Philips LCD Co., Ltd., LG Philips LCD America, Inc., Samsung Electronics Company Ltd., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation. (cl) (Entered: 04/23/2007) |
| 09/20/2007 | 3 | CONDITIONAL TRANSFER ORDER to MDL Panel for the Northern District of California. (mr) (Entered: 09/20/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/27/2007 18:45:35 | | | |
| **PACER Login:** | us4077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:07-cv-00235-MV-WDS |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |